FILED: December 22, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-2332
(1:14-cv-02814-ELH)

_____

JEFFERY V. HOWES; TONYA H. HOWES

      Plaintiffs - Appellants

v.

WELLS FARGO BANK, N.A.; US BANK NATIONAL ASSOCIATION; CARRINGTON MORTGAGE SERVICES, LLC; CHRISTIANA TRUST, a Division of Wilmington Savings Fund Society, FSB

      Defendants - Appellees

 and

SELENE FINANCE, L.P.

      Defendant

ELLEN W. COSBY

      Trustee

_____

O R D E R
_____

The court grants an extension of the briefing schedule as follows:

Appendix due: 02/16/2016

Opening brief due: 02/16/2016

Response brief due: 03/21/2016

Any reply brief: 14 days from service of response brief.

                                              For the Court--By Direction

                                              <u>/s/ Patricia S. Connor, Clerk</u>